## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| SHONTELL FONDREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2:16-cv-2981-SHL-dkv |
| | ) | |
| ALLSTATE PROPERTY AND | ) | |
| CASUALTY INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

**JUDGMENT BY COURT**.  This action having come before the Court on Defendant's Notice of Removal (ECF No. 1), filed on December 16, 2016.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED**, that, in accordance with the Order Dismissing Case (ECF No. 23), entered August 9, 2017, all claims made by Plaintiff against Defendant are hereby **DISMISSED WITHOUT PREJUDICE**.

**APPROVED**:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

August 9, 2017
Date